**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JERBACE CRITE,
ADC # 116209**                                                                                          **PLAINTIFF**

V.                                    NO. 5:10CV00175-DPM-BD

**GREG MOORE, et al.**                                                                                **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

The following recommended disposition has been sent to United States District Court Judge D. P. Marshall, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. A copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

Mail your objections and request for a hearing to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

**II.    Discussion**

On June 10, 2010, Plaintiff, an inmate at the Tucker Unit of the Arkansas Department of Correction, filed a pro se Complaint under 42 U.S.C. § 1983. At that time, Plaintiff did not submit an application to proceed *in forma pauperis*, nor did he pay the $350.00 filing fee required to start a lawsuit. On August 17, 2010, the Court ordered Plaintiff to file an *in forma pauperis* application or pay the statutory $350.00 filing fee to the Court within 30 days in order to proceed with this lawsuit.

Plaintiff has failed to submit an application to proceed *in forma pauperis* or the $350.00 filing fee, and the time to do so has passed. Plaintiff was notified that his failure to comply with the Court's Order could result in the dismissal of his claims without prejudice. Plaintiff's claims should now be dismissed without prejudice for failure to abide by the Court's Order of August 17, 2010. See Local Rule 5.5(c)(2).

**III.    Conclusion**

Based upon Plaintiff's failure to comply with this Court's Order of August 17, 2010, the Court recommends that Plaintiff's claims be DISMISSED without prejudice under Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

DATED this 22nd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE