IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERBACE CRITE
ADC #116209                                                                PLAINTIFF

v.                           Case No. 5:10-cv-175-DPM

GREG MOORE, Captain, Tucker
Unit, ADC; MARY COBBS, Major,
Tucker Unit, ADC; and BANISTER,
CO-II, Tucker Unit, ADC                                                    DEFENDANTS

ORDER

The Court has carefully reviewed the Recommended Disposition from Magistrate Judge Beth Deere. Crite has not filed any objections. The Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Deere's recommended disposition, *Document No. 4*, as its own. Crite's petition is dismissed without prejudice for failing to respond to the Court's prior Order, *Document No. 2*. Local Rule 5.5(c)(2). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 Oct. 2010